1    STEVEN G. KALAR
     Federal Public Defender
2    Northern District of California
     HANNI M. FAKHOURY
3    Assistant Federal Public Defender
     13th Floor Federal Building - Suite 1350N
4    1301 Clay Street
     Oakland, CA 94612
5    Telephone:   (510) 637-3500
     Facsimile:   (510) 637-3507
6    Email:       Hanni_Fakhoury@fd.org

7

8    Attorneys for Ryan Kannett

9

10                  IN THE UNITED STATES DISTRICT COURT

11                 FOR THE NORTHERN DISTRICT OF CALIFORNIA

12                        SAN FRANCISCO DIVISION

13

14   UNITED STATES OF AMERICA,              **Case No.:** CR 20–71171 TSH

15              Plaintiff,                   **AMENDED STIPULATION AND**
                                            **[PROPOSED] ORDER RESETTING**
16          v.                               **STATUS HEARING AND EXCLUDING**
                                            **TIME UNDER THE SPEEDY TRIAL**
17   RYAN KANNETT,                           **ACT AND RULE 5.1** AS MODIFIED

18              Defendant.                   **Hearing Date:**   December 2, 2020
                                            **Hearing Time:**    10:30 a.m.
19

20          The parties jointly request the Court reset the status conference regarding preliminary hearing

21   or arraignment from December 2, 2020 to January 8, 2021 at 10:30 a.m.  Mr. Kannett is charged in a

22   criminal complaint, and also has a trailing Form 12 petition in CR 14-98-PJH. The government

23   recently produced a voluminous amount of discovery, and defense counsel needs additional time to

24   review the discovery with Mr. Kannett, and discuss potential resolutions with the government. As a

25   result, the parties also request the Court exclude time under Federal Rule of Criminal Procedure

26   5.1(c) and (d) and the Speedy Trial Act, 18 U.S.C. § 3161, between December 2, 2020 and January 8,

27   2021 to allow for effective preparation of counsel taking into account the exercise of due diligence.

28

1

2   IT IS SO STIPULATED.

3

4   Dated:      November 20, 2020

5   STEVEN G. KALAR
    Federal Public Defender
6   Northern District of California

7                              /S
    _____
8   HANNI M. FAKHOURY
    Assistant Federal Public Defender

9

10  Dated:      November 20, 2020

11  DAVID L. ANDERSON
    United States Attorney
12  Northern District of California

13                             /S
    _____
14  JASON KLEINWAKS
    Assistant United States Attorney

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**[PROPOSED] ORDER** as modified

Based on the reasons provided in the stipulation of the parties above, the Court hereby finds:

1.    The defendant and defense counsel need additional time to discuss the case and the evidence and the parties need additional time to discuss a potential resolution of the case. Further, defense counsel's ability to meet with Mr. Kannett and review discovery may be constrained by shelter-in-place and quarantines;

2.    These tasks are necessary for the defense preparation of the case, and the failure to grant the requested continuance would unreasonably deny counsel for defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence; and

3.    The ends of justice served by this continuance outweigh the best interest of the public and the defendant in a speedy trial.

Based on these findings, it is hereby ordered that the status hearing date of December 2, 2020, scheduled at 10:30 a.m. is vacated and reset for January 8, 2021 at 10:30 a.m.  It is further ordered that time is excluded pursuant to Federal Rule of Criminal Procedure 5.1(c) and (d), and the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) and (B)(iv), from ~~November 4, 2020 through December 2,~~ December 2, 2020 through January 8, 2021. 2020.

DATED: 11/25/2020



_____
HON. JAC̶ ̶ ̶ ̶ ̶ ̶ ̶ ̶ ̶EY
United States

**IT IS SO ORDERED.**